FILED
2024 DEC 20 AM 6:09

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
Yaoing "Mike" Sun
DEFENDANT
USMS#: _____

CASE NUMBER: LA-3698280

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT    2:24-mj-07416-DUTY

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **December 19 2024** at 6:10 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on DEC 19, 24 at 6:10 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:
   Title 18 USC § 371 (Conspiracy); Title 18 USC § 951 (Acting as illegal agent of foreign government)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Mandarin

7. Year of Birth: 1960

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: ~~John Honan~~ SA Nori Ragland (please print)

12. Office Phone Number: 703-397-6940

13. Agency: FBI

14. Signature: _____

15. Date: 12/19/2024

GR-54 (09/20)    REPORT COMMENCING CRIMINAL ACTION