FILED
CLERK, U.S. DISTRICT COURT
12/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>YAONING SUN<br>    aka "Mike Sun,"<br>    aka "Yuening Sun,"<br><br>        Defendant. | CR No. 2:24-cr-00777-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 951: Acting in the United States as an Illegal Agent of a Foreign Government; 18 U.S.C. §§ 982 and 545: Criminal Forfeiture] |

    The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.    INTRODUCTORY ALLEGATIONS

    At times relevant to this Indictment:

    1.    Defendant Yaoning "Mike" SUN resided in Los Angeles County, within the Central District of California.

    2.    Co-conspirator John CHEN aka "Chen Jun" resided in Los Angeles County, within the Central District of California.

B.  **OBJECT OF THE CONSPIRACY**

3.  Beginning on an unknown date but no later than in or around September 2022, and continuing until at least on or about April 27, 2024, defendant SUN, co-conspirator CHEN, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to act as an agent of a foreign government, namely, the People's Republic of China ("PRC"), and officials of that government, without prior notification to the Attorney General of the United States, as required by law, in violation of Title 18, United States Code, Section 951.

C.  **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished in substance as follows:

4.  At the direction and control of PRC government officials, defendant SUN and co-conspirator CHEN coordinated with each other and others known and unknown, to promote the interests of the PRC by, among other things, promoting pro-PRC propaganda in the United States, taking actions to further the PRC's campaign against pro-democracy Chinese dissidents and practitioners of Falun Gong, a spiritual practice banned in the PRC, and to influence local California politicians to cause the politicians to take pro-PRC positions, including to oppose Taiwanese independence.

5.  Defendant SUN, together with co-conspirator CHEN, reported back to members of the PRC government on their successes in influencing local politicians in California, particularly on their success in helping to elect an individual ("Individual 1") as a City Council member in a Southern California city.

6. Defendant SUN and co-conspirator CHEN requested money from PRC officials to further their conspiracy, including requesting $80,000 to fund their pro-PRC activities in the United States.

7. At no time did Defendant SUN or co-conspirator CHEN notify the Attorney General that they were acting as agents of the PRC.

D. OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendant SUN, co-conspirator CHEN, and others known and unknown to the Grand Jury committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1: In September 2022, while visiting Tianjin, China, co-conspirator CHEN met with the chief of a municipal government office in the PRC ("PRC Government Official 1"), and his assistant, PRC Government Official 2.

Overt Act No. 2: On October 9, 2022, co-conspirator CHEN sent PRC Government Official 2 the name and picture of a local politician in California via an encrypted messaging application, writing "Former L.A. County Supervisor. Friendly to China. Will chat with him and his wife when back."

Overt Act No. 3: On October 9, 2022, in response to the message referenced in Overt Act No. 2, PRC Government Official 2 told co-conspirator CHEN, "Ok thanks. I will communicate several things all together in a few days, to gauge the level of attention."

Overt Act No. 4: On October 13, 2022, PRC Government Official 2 wrote to co-conspirator CHEN via an encrypted messaging application, stating: "today, we briefed those several things we talked about the other day with the leader of our line in Beijing,"

noting that "higher ups" were willing to make CHEN's work "official" and provide "preliminary funding" for CHEN to "socialize with the former county supervisor," and that if CHEN were to "succeed in contacting . . . the current one . . . the support will increase."

<u>Overt Act No. 5</u>:   On October 13, 2022, using an encrypted messaging application, PRC Government Official 2 communicated with co-conspirator CHEN about a U.S. official's travel to Taiwan, noting plans to "disrupt [the] new congressman who will visit Taiwan just like you proposed."

<u>Overt Act No. 6</u>:   On October 13, 2022, using an encrypted messaging application, PRC Government Official 2 told co-conspirator CHEN, "I need a small favor from you, please give me a list of Chinese groups names that you can organize to 'mobilize,' channels, or local Chinese groups, and Chinese media that can promote stuff, I am going to write it up for the higher ups to put in record. I plan on doing this in a few days, after this we can officially start working."

<u>Overt Act No. 7</u>:   On October 13, 2022, in response to the message referenced in <u>Overt Act No. 6</u>, co-conspirator CHEN complied with PRC Government Official 2's request and provided a list of names, writing: "US SoCal Chinese-American Alliance Association president [redacted].  US SoCal Chinese Alliance Association president [redacted].  US Chinese Alliance president [redacted].  US Chinese Community Alliance Conference president Jun CHEN.  US China Unification Forum president [redacted]."

<u>Overt Act No. 8</u>:   On October 14, 2022, using an encrypted messaging application, PRC Government Official 2 wrote the following to co-conspirator CHEN: "Question, you mentioned you can influence

4

1 with current one? Is there an overall county supervisor?  There are
2 different districts?  Is the old [redacted] a district county
3 supervisor?"
4     Overt Act No. 9:   On October 14, 2022, in response to the
5 message referenced in Overt Act No. 8, co-conspirator CHEN wrote:
6 "It's [redacted].  I didn't know there is a L.A. sub district."
7     Overt Act No. 10:  On November 9, 2022, in response to a
8 message from Individual 1 on the day Individual 1 was elected as a
9 City Council member in a Southern California city, co-conspirator
10 CHEN wrote to Individual 1, "Got it, congratulations. Going back to
11 the U.S. on the 15th, talk in person."
12     Overt Act No. 11:  On November 14, 2022, co-conspirator CHEN
13 again met with PRC Government Official 2 and his boss, PRC Government
14 Official 1, in Linyi, Shandong, China.
15     Overt Act No. 12:  On November 14, 2022, after his meeting with
16 PRC Government Officials 1 and 2, co-conspirator CHEN sent contact
17 information for U.S.-based Chinese leaders to PRC Government Official
18 2.
19     Overt Act No. 13:  On November 15, 2022, PRC Government
20 Official 2 communicated with co-conspirator CHEN on an encrypted
21 messaging application about destroying evidence related to the
22 conspiracy, stating, "Ok, you can delete our chat history, when you
23 get to the U.S. it's best to use voice messages, good luck.  It's
24 best to contact me with the other number when you get over there."
25     Overt Act No. 14:  On November 15, 2022, following the
26 instruction to delete his chat history referenced in Overt Act No.
27 13, co-conspirator CHEN deleted messages with PRC government
28 officials from his iPhone.

1    <u>Overt Act No. 15:</u>   On November 15, 2022, co-conspirator CHEN
2    returned to the United States on an international flight.
3    <u>Overt Act No. 16:</u>   On November 29, 2022, co-conspirator CHEN
4    wrote the following to defendant SUN via an encrypted messaging
5    application: "Please brief Individual 1's election update, the
6    related department is paying a lot of attention to it.  Headquarters
7    would like to promote it in mainstream media . . . ."
8    <u>Overt Act No. 17:</u>   On November 29, 2022, in response to the
9    message referenced in <u>Overt Act No. 16</u>, defendant SUN sent co-
10   conspirator CHEN a biography of Individual 1 that included an account
11   of Individual 1's election.
12   <u>Overt Act No. 18:</u>   On November 30, 2022, co-conspirator CHEN
13   sent the biography that defendant SUN provided to PRC Government
14   Official 2, who responded, "Ok 👌."
15   <u>Overt Act No. 19:</u>   On December 1, 2022, co-conspirator CHEN
16   sent the biography of Individual 1 referenced in <u>Overt Acts No. 17</u>
17   <u>and No. 18</u> to another PRC government official, who responded, "☺️☺️
18   ☺️."
19
20   <u>Overt Act No. 20:</u>   On December 1, 2022, co-conspirator CHEN
21   sent another short biography of Individual 1, and the fact of
22   Individual 1's election victory, to PRC Government Official 2, who
23   responded, "👍👍👍."
24   <u>Overt Act No. 21:</u>   On December 3, 2022, co-conspirator CHEN
25   wrote to defendant SUN via an encrypted messaging application and
26   said he wanted to treat SUN and another individual to a meal.
27   <u>Overt Act No. 22:</u>   On December 4, 2022, co-conspirator CHEN
28   wrote to defendant SUN via an encrypted messaging application: "You

should invite [Individual 1], rare opportunity."

Overt Act No. 23: On December 4, 2022, co-conspirator CHEN wrote to PRC Government Official 2 via an encrypted messaging application: "There will be a core member meeting on the 7th."

Overt Act No. 24: On December 5, 2022, co-conspirator CHEN wrote to defendant SUN, stating: "[Redacted] asked me to notify you and [Individual 1], please confirm."

Overt Act No. 25: On December 5, 2022, defendant SUN responded to co-conspirator CHEN: "I can attend, [Individual 1] is busy, won't attend."

Overt Act No. 26: On December 5, 2022, co-conspirator CHEN spoke to Individual 1 on the phone, via an encrypted messaging application, for 25 minutes.

Overt Act No. 27: On December 8, 2022, co-conspirator CHEN wrote to PRC Government Official 2 via an encrypted messaging application: "Meeting successful, everyone agreed to establish US-China Friendship Promotion Association. President [redacted], legal counsel [redacted], secretary general [redacted], political commentators [redacted], Chinese elected official [Individual 1], vice president SUN Yaoning, etc."

Overt Act No. 28: On December 8, 2022, in response to the message referenced in Overt Act No. 27, PRC Government Official 2 told co-conspirator CHEN: "Copy, congratulations!"

Overt Act No. 29: On December 8, 2022, in reference to the list of individuals he had mentioned in Overt Act No. 28, co-conspirator CHEN wrote to PRC Government Official 2: "This is the basic team dedicated for us."

1   <u>Overt Act No. 30</u>:  On January 1, 2023, co-conspirator CHEN
2  messaged defendant SUN via an encrypted messaging application,
3  writing: "It's important that you have a good relationship with
4  PRCCONLA [the PRC Consulate in Los Angeles], I will be in charge of
5  opening a channel with Beijing.  The process of Individual 1 winning
6  the election you must write it up in a document, I [will] report to
7  United Front.  I wrote a simple report.  You can write details.  For
8  United Front and the National Overseas Chinese Office."
9   <u>Overt Act No. 31</u>:  On January 1, 2023, in response to the
10  message referenced in <u>Overt Act No. 30</u>, defendant SUN responded,
11  "Ok."
12   <u>Overt Act No. 32</u>:  On January 1, 2023, co-conspirator CHEN
13  forwarded news about Individual 1 to PRC Government Official 2 via an
14  encrypted messaging application, and wrote: "Mr. SUN has been my
15  helping hand in the Chinese community since 1997."
16   <u>Overt Act No. 33</u>:  On January 2, 2023, co-conspirator CHEN
17  wrote to PRC Government Official 2 via an encrypted messaging
18  application: "I told [Individual 1], will support [Individual 1] to
19  do [his/her] job as Chinese American elected official well, go
20  against Taiwanese independence . . . will write up [Individual 1's]
21  deeds in document and report to China."
22   <u>Overt Act No. 34</u>:  On January 2, 2023, in response to the
23  message referenced in <u>Overt Act No. 33</u>, PRC Government Official 2
24  told co-conspirator CHEN: "That's great!"
25   <u>Overt Act No. 35</u>:  On January 14, 2023, co-conspirator CHEN
26  wrote to defendant SUN via an encrypted messaging application: "Hurry
27  up with your proposal, I [am] preparing to go back to China."
28

Overt Act No. 36: On January 15, 2023, co-conspirator CHEN wrote to defendant SUN via an encrypted messaging application: "Report separate by topics: 1. [Individual 1], beginning of Chinese in politics. 2. Art. 20 years ago and current strategy with FLG [Falun Gong]. 3. Members of China Friendly Association. List the names of Americans. 4. Media current situation and plan."

Overt Act No. 37: On January 15, 2023, in response to the message referenced in Overt Act No. 36, defendant SUN told co-conspirator CHEN, "Ok."

Overt Act No. 38: On January 26, 2023, co-conspirator CHEN wrote to defendant SUN via an encrypted messaging application: "Hurry up and write it, I am going back to China on 2/9. Write up detailed resume of yours, and our past experience with struggles. And: You and me cultivating and assisting [Individual 1]'s success."

Overt Act No. 39: On February 1, 2023, defendant SUN sent co-conspirator CHEN a copy of a draft work report via an encrypted messaging application. The report included background on SUN's service in the Wuhan Military Region of the People's Liberation Army ("PLA"), China's military. In the draft report, SUN wrote: "Since 1996 until now, under the leadership of Mr. CHEN Jun . . . [I've] led delegations of US dignitaries and cultural workers to China on many occasions to carry out exchange work . . . [I] Persist in resisting any hostile forces that undermine the friendship of US-China relations, and Chinese secessionist forces. . . . Most proudly of all, during the 2022 U.S. midterm elections, I orchestrated and organized my team to win the election for city council member candidate [Individual 1] in the [redacted], CA, USA. . . ."

Overt Act No. 40:   On February 1, 2023, in response to the document defendant SUN created that is referenced in Overt Act No. 39, co-conspirator CHEN responded: "Missing important content. . . . Discuss tomorrow. [Individual 1] and [U.S. Congressperson]'s friendly relationship, [Individual 1] has lots of contact with mainstream politicians, make a list, the more the better."

Overt Act No. 41:   On February 1, 2023, using an encrypted messaging application, defendant SUN and co-conspirator CHEN exchanged multiple audio messages about their report to PRC government officials.  In those messages, CHEN instructed SUN to separate the report into smaller sections, with the first section being SUN's resume, and the second section titled "New Political Star [Individual 1]."  CHEN critiqued SUN's draft report, and asked him to add content about CHEN and SUN's past struggle fighting Taiwanese independence forces in a named California city over the years, and fighting "FLG" (Falun Gong) influences in that city.  CHEN also discussed how to protest a Congressperson's proposed visit to Taiwan.

Overt Act No. 42:   On February 1, 2023, in an audio message sent via the encrypted messaging application, co-conspirator CHEN instructed defendant SUN to make a list of mainstream U.S. politicians that Individual 1 was familiar with, "the more the better, the higher position the better."  CHEN added that this would be "very effective to elevate [Individual 1]'s status in China." CHEN further instructed SUN to "write how much attention the PRCEMB [PRC Embassy] and PRCCONLA [PRC Consulate in Los Angeles] paid to you and [Individual 1], how many times they met with you. Also add pictures throughout the report, pictures of [Individual 1] campaigning on the street, [Individual 1's] picture with [a U.S.

Congressperson] and the [PRC Ambassador to the U.S.]. And pictures of important people you have."

Overt Act No. 43:  On February 1, 2023, in response to the message referenced in Overt Act No. 42, defendant SUN sent an audio message via the encrypted messaging application stating: "Ok … I will start writing when I get home."

Overt Act No. 44:  On February 1, 2023, co-conspirator CHEN sent the following feedback to defendant SUN regarding his draft report to PRC officials, in an audio message via the encrypted messaging application, stating: "Overall the writing is good, cause you did a good job with [Individual 1]. Our group is taking credit for it. I will put this letter on the Big Boss's desk. So let's revise this back and forth and write it well. Do you think we should let [Individual 1] know? I think we should not let [him/her] know for now. We do this first, I don't think there will be an issue, I have time, hurry and revise it."  In a separate follow-up audio message, CHEN told SUN: "our L.A. team is the best team in the Bureau."

Overt Act No. 45:  On February 1, 2023, in response to the audio messages referenced in Overt Act No. 44, defendant SUN sent an audio message to co-conspirator CHEN, stating: "I will list [Individual 1]'s relationship with [a U.S. government official and a California government official]."

Overt Act No. 46:  On February 1, 2023, in response to the audio message referenced in Overt Act No. 45, co-conspirator CHEN responded: "Ok, that's great. Incumbent is more important, military is more important, chief of staff, [U.S. government position] are very important. And [U.S. Congressperson] and stuff. Talk to you later today."

11

1    Overt Act No. 47:  On February 6, 2023, co-conspirator CHEN spoke to Individual 1 on a phone call, via an encrypted messaging application, for approximately 51 minutes.

Overt Act No. 48:  On February 6, 2023, co-conspirator CHEN wrote to defendant SUN via an encrypted messaging application: "When will you finish? The first part was given to the related department."

Overt Act No. 49:  On February 6, 2023, in response to the message referenced in Overt Act No. 48, defendant SUN told co-conspirator CHEN: "I will submit [it to you] in 2 hours, I am waiting for materials from D.C."

Overt Act No. 50:  On February 6, 2023, using an encrypted messaging application, defendant SUN sent co-conspirator CHEN an updated draft report for PRC officials.  The report began: "For a long time, overseas anti-China forces have been ceaseless, Taiwan independence, Tibet independence, Xinjiang independence, and Falungong have been active for a long time. . . . infiltrating and active in various mainstream fields."  SUN's draft report proceeded to discuss opportunities to promote the PRC's interests in the United States, and discussed plans, "under CHEN Jun's leadership," and "using part of our Los Angeles organization's professional core team," to organize a pro-PRC presence at an upcoming July 4th parade taking place in Washington D.C.  SUN ended the report with a request for "60k-80k USD" to support his planned pro-PRC activities.

Overt Act No. 51:  On February 6, 2023, in response to receiving the draft report for PRC officials referenced in Overt Act No. 50, co-conspirator CHEN sent back a revised draft of the report that increased the amount of money requested from PRC officials to "80k USD."

Overt Act No. 52:  On February 10, 2023, co-conspirator CHEN wrote to defendant SUN via the encrypted messaging application stating that he was going back to China, asking SUN to keep in touch, and writing: "Once the project is approved, must execute well."

Overt Act No. 53:  On February 10, 2023, in response to the message referenced in Overt Act No. 52, defendant SUN replied: "Ok."

Overt Act No. 54:  On February 11, 2023, using an encrypted messaging application, defendant SUN sent co-conspirator CHEN videos and pictures of a Chinese marching band in a parade, and a list of things he needed such as speakers, a float, 100 people, and all equipment and transportation.

Overt Act No. 55:  On February 11, 2023, in response to the message referenced in Overt Act No. 54, co-conspirator CHEN replied, "Good."

Overt Act No. 56:  On March 23, 2023, defendant SUN and co-conspirator CHEN discussed, via an encrypted messaging application, SUN's and Individual 1's planned trip to China, during which they would be traveling to Beijing, Chengdu, Chongqing, Nanjing, Changsha, and Shandong.

Overt Act No. 57:  On March 23, 2023, co-conspirator CHEN asked defendant SUN via an encrypted messaging application if SUN and Individual 1 would be meeting "the leader" in China, and asked whether he (CHEN) needed to arrange the meeting for them.

Overt Act No. 58:  On March 23, 2023, defendant SUN responded to the message referenced in Overt Act No. 57, stating that he (SUN) would arrange it.

Overt Act No. 59:  On March 23, 2023, co-conspirator CHEN responded to the message referenced in Overt Act No. 58, stating,

13

"Good. You plan the first day yourself, I will arrange the 2nd and 3rd day. [I'm] Only arranging you and [Individual 1], not going to meet other members."

Overt Act No. 60:  On April 4, 2023, co-conspirator CHEN asked defendant SUN via an encrypted messaging application if Falun Gong had activities in a particular city in California, and asked SUN to "create some obstacles for them," stating, "If you can eliminate one or several locations, or create some obstacles, there will be rewards."

Overt Act No. 61:  On April 4, 2023, after sending the message referenced in Overt Act No. 60, co-conspirator CHEN wrote to defendant SUN via the encrypted messaging application: "Leadership is waiting to talk to you in person."

Overt Act No. 62:  On April 4, 2023, in messages sent via an encrypted messaging application, defendant SUN and co-conspirator CHEN discussed when SUN would be arriving in China.  In that conversation, CHEN stated that he was still located in China.

Overt Act No. 63:  On April 27, 2023, co-conspirator CHEN contacted defendant SUN via an encrypted messaging application, asking him to "contact the consulate to arrange a meeting, preferably to meet with the Consul General."  CHEN followed up by sending SUN his resume, which he asked SUN to provide to the Consulate.  CHEN told SUN, "There is a major project to report," sent an article referencing the Falun Gong practitioners in the United States, and wrote, "Actual operation is strictly classified. . . . You will get credit for it."

COUNT TWO

[18 U.S.C. § 951]

Beginning on an unknown date, up to and including on or about April 4, 2023, in Los Angeles County, within the Central District of California, defendant YAONING "Mike" SUN knowingly acted in the United States as an agent of a foreign government, to wit, the People's Republic of China, and officials of that government, without prior notification to the Attorney General of the United States, as required by law.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 982 and 545]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982 and 545, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any of the offenses set forth in Count One and Two of this Indictment.

2. The defendant if so convicted shall forfeit to the United States the following:

(a) All right, title, and interest in any and all property, real or personal constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of each such offense;

(b) Any and all merchandise introduced into the United States in violation of Title 18, United States Code, Section 545, or the value thereof; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), the defendant if so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof:

//

(a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

AMANDA B. ELBOGEN
Assistant United States Attorney
Terrorism and Export Crimes
Section