UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-cr-00777-RGK-1 | Date | February 9, 2026 |
|---|---|---|---|

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

Interpreter

| Joseph Remigio | Maria Bustillos | Amanda Elbogen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yaoning Sun | X | X | | Adam Olin, DFPD | X | X | |

**Proceedings:**   **SENTENCING**

The case is called. Counsel and defendant make their appearance.

Court and counsel confer. Counsel present argument. Defendant declines to address the Court. The Court places findings on the record and proceeds with sentencing.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

**IT IS SO ORDERED.**

                                                                                                                        : 20

Initials of Deputy Clerk   JRE